**88-2005.** State v. Bowser. *Columbiana County,* No. 87-C-07. On motion for rehearing. Rehearing denied.

Moyer, C.J., and H. Brown, J., dissent.

**88-2018.** Dom v. Dom. *Butler County,* No. CA87-07-099. On motion for rehearing. Rehearing denied.

**88-2063.** State v. Wall. *Summit County,* No. 13531. On motion for rehearing. Rehearing denied.

Wright and H. Brown, JJ., dissent.

### Wednesday, March 1, 1989

## MERIT DOCKET

**88-1316.** Rodman v. Seiter. In Habeas Corpus. On motion to vacate. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2128.** Wasil v. Indus. Comm. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motions to strike and for definite statement. Motions denied.

Moyer, C.J., Sweeney, Holmes, Douglas and H. Brown, JJ., concur.

Wright and Resnick, JJ., dissent.

**88-2129.** Wasil v. Indus. Comm. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motions to strike and for definite statement. Motions denied.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2170.** State, ex rel. Henslee, v. McLaughlin. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

Moyer, C.J., dissents.

**88-2206.** Josselson v. Josselson. *Cuyahoga County,* Nos. 54542, 54576 and 54967. On motion to dismiss cross-appeal. Motion granted. Cross-appeal dismissed.

Moyer, C.J., Wright, H. Brown and Resnick, JJ., concur.

Sweeney, Holmes and Douglas, JJ., dissent.

**89-15.** State, ex rel. Fant, v. Thomas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Sweeney, Holmes, Douglas, H. Brown and Resnick, JJ., concur.

Moyer, C.J., not participating.

Wright, J., dissents.

**89-41.** State, ex rel. O'Neill, v. Court of Common Pleas of Cuyahoga County. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-46.** State, ex rel. Seals, v. Ohio Adult Parole Auth. In Mandamus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Douglas, Wright, H. Brown and Resnick, JJ., concur.

Holmes, J., dissents.

**89-60.** Barlett v. Repetti Realty, Inc. *Summit County,* No. 13289. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-80.** State, ex rel. Ritchy, v. Ohio Dept. of Human Serv. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-135.** State v. Graham. *Franklin County,* No. 88AP-366. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-154.** State, ex rel. Disqualification of Kimbler. *Medina County,* No. 1670. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-194.** State v. Wooten. *Franklin County,* No. 86AP-1148. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright and Resnick, JJ., concur.

H. Brown, J., would grant leave to file a delayed appeal.